April 12, 1957

**No. 60651.**—Suit 4863.—National Carloading Corporation *v.* United States.—

—C. D. 1731 reversed February 21, 1957. C. A. D. 640.

Before the First Division, April 17, 1957

**No. 60652.**—Teigh, Inc. *v.* United States, protest 280405–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 60653.**—Walco Bead Co., Inc. *v.* United States, protests 280964–K, 281860–K, and 283008–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of chalkwhite stones the same in all material respects as those the subject of Abstract 59105, except that said stones are not faceted, the claim of the plaintiff was sustained.

**No. 60654.**—Quon Hing Co. *v.* United States, protest 282882–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiff was sustained.